FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 OCT 26 AM 10: 33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAGILLE DUPLESSIS | CIVIL ACTION |
| VERSUS | NO. 08-5149 |
| CITY OF NEW ORLEANS, 1414 SOUTH CARROLLTON AVENUE POPEYE'S RESTAURANT | SECTION "D" (4) |

## ORDER

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by the plaintiff on October 19, 2009, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **Motions to Amend (Rec. Doc. Nos. 12, 14)** and **Motion for Temporary Restraining Order (Rec. Doc. No. 15)** brought by the plaintiff, Ragille Duplessis, are **DENIED**.

**IT IS FURTHER ORDERED** that Duplessis's **Motions for Summary Judgment (Rec. Doc. Nos. 13, 16)** are **DISMISSED as premature**.

**IT IS FURTHER ORDERED** that Duplessis's complaint against the City of New Orleans and Popeye's Restaurant is **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A.

New Orleans, Louisiana, this 23 day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.